UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETICIA DE GUZMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Case No. C07-496-JCC-JPD<br><br>AMENDED ORDER GRANTING IN<br>PART PARTIES' STIPULATED<br>MOTION FOR EXTENSION OF TIME |

This matter comes before the Court upon the parties' stipulated motion for an extension of time to file an answer. Dkt. No. 9. After careful consideration of the parties' motion and the balance of the record, the Court ORDERS as follows:

(1) The parties' stipulated motion for extension of time (Dkt. No. 9) is GRANTED IN PART. The Court permits defendant to file his answer no later than **Wednesday, July 25, 2007**.

(2) No further extensions will be granted absent a showing of good cause.

DATED this 3rd day of July, 2007.

s/ James P. Donohue
United States Magistrate Judge

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE – 1